No. 04–7036. VENTIMIGLIA *v.* ST. LOUIS COUNTY, MISSOURI, ET AL. C. A. 8th Cir.;

No. 04–7056. MURESAN *v.* WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Ct. App. Wash.;

No. 04–7117. AFFUL *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 1st Cir.;

No. 04–7160. IN RE BLEDSOE; and

No. 04–7296. RUIZ RIVERA *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 31, 2005, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 04–7432. IN RE DOOSE;

No. 04–7456. IN RE BAKER;

No. 04–7551. IN RE ROBINSON, AKA YOWEL;

No. 04–7581. IN RE FIGUEROA;

No. 04–7607. IN RE BROWN;

No. 04–7673. IN RE BROOKS; and

No. 04–7707. IN RE STREETER. Petitions for writs of habeas corpus denied.

No. 04–586. IN RE SHEMONSKY;

No. 04–782. IN RE SHEMONSKY;

No. 04–783. IN RE SHEMONSKY;

No. 04–6951. IN RE MURRAY;

No. 04–7003. IN RE VOVAK;

No. 04–7038. IN RE THIBEAUX;

No. 04–7163. IN RE BARKCLAY; and

No. 04–7200. IN RE BARKCLAY. Petitions for writs of mandamus denied.